AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

a storage unit located at 2160 NW 67th Place, Unit I7, Gainesville, Florida

)
)
)
)
)

Case No. 1:20mj102-GRJ

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___ Northern ___ District of ___ Florida ___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substance(s) |
| 18 U.S.C. § 924(c) | Possession of firearm(s) in furtherance of drug trafficking |

The application is based on these facts:
See attached affidavit from DEA Task Force Officer Deforrest Houston.

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days *(give exact ending date if more than 30 days)* ___ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Deforrest Houston, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
email and telephone ___ *(specify reliable electronic means)*.

Date: December 2, 2020

2020.12.02
16:53:29 -05'00'

*Judge's signature*

City and state: Gainesville, Florida

G.R. Jones, United States Magistrate Judge
*Printed name and title*

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By ___ Deputy Clerk

## ATTACHMENT A

## DESCRIPTION OF THE PREMISES TO BE SEARCHED

The premises to be searched is a single storage unit located at 2160 Northwest 67th Place, Unit I7, Gainesville, Florida. Building I is comprised of multiple storage units on all sides of the building and made of metal materials. The doors to the storage unit are exterior doors and are accessed from the common area on property. The unit to be searched has a red metal roll up door with "I7" above the door with a locking mechanism on either side. The door to the unit faces towards the south. To reach 2160 Northwest 67th Place Unit I7, starting at the intersection of Northwest 13th Street and State Road 121, travel North on State Road 121 for approximately 1,585 feet, turn East on Northwest 67th Place and travel approximately 217 feet and turn North into the entrance of Storquest Self Storage, continue traveling North for approximately 250 feet and turn East and unit to be searched will be on the South side of Building I.



## ATTACHMENT B
## ITEMS TO BE SEIZED

1. Controlled substances and chemicals used to manufacture controlled substance;

2. Drug paraphernalia and other items used to manufacture, conceal, package, and distribute controlled substances;

3. Weapons, ammunition, and personal armor such as a bulletproof vest;

4. U.S. currency and items evidencing the receipt, expenditure, or concealment of illegal income from the distribution and/or manufacture of controlled substances;

5. Items reflecting expenditures to facilitate the manufacture or distribution of controlled substances;

6. Items reflecting ownership, residency, or occupancy of the property (e.g., bills, photographs, leases, clothing);

7. Items reflecting criminal associations, including, but not limited to, information stored in or on caller ID boxes, cellular phones, digital or electronic notebooks, address books or other similar items;

8. Ledgers, journals, and diaries reflecting drug distribution or manufacturing activities, drug customers, drug suppliers, or co-conspirators;

9. Proceeds of drug distribution activities, including, but not limited to, U.S. currency, jewelry, and other monetary instruments;

10. Safes (agents may drill) and safe deposit box records and keys;

11. Any other items used to facilitate criminal activity relating to the distribution or manufacture of controlled substances (such as cellular phones and digital pagers), or to detect law enforcement (e.g., scanners), or to conceal the same activity from law enforcement.